**Dismissed and Memorandum Opinion filed July 22, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00356-CV

## SANDRA ROONEY, Appellant

### V.

## JAMES ROONEY, Appellee

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 08-DCV-162786**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed January 17, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On June 18, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.